IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02075-PAB-KMT

PLASMACAM, INC.,

    Plaintiff,

v.

TROY WORDEN,

    Defendant.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's Application and Declaration in Support of Attorney Fees [Docket No. 46]. On March 4, 2020, the Court granted plaintiff's motion for default judgment against defendant Troy Worden. *See* Docket No 44 at 14. Although plaintiff requested attorney's fees in its motion, the Court determined that it could not award attorney's fees because plaintiff had failed to submit a "calculation of its lodestar amount to receive attorney's fees." *Id.* at 10. Plaintiff then filed (1) a motion to reconsider part of the Court's Order granting default judgment and (2) the present affidavit. *See* Docket Nos. 45, 46. On March 3, 2021, the Court denied plaintiff's motion to reconsider. *See* Docket No. 47.

    Plaintiff's affidavit states that three attorneys worked on plaintiff's case as it relates to Mr. Worden and that those attorney's fees are reasonable and appropriate based on their level of experience. *See* Docket No. 46 at 2-3, ¶¶ 4-9. Plaintiff also attaches an exhibit detailing the attorney, date, hourly rate, and nature of the work associated with plaintiff's claims against Mr. Worden. *See* Docket No. 46-1. Plaintiff's fees total $7,480. See *id.* The Court has reviewed the time entries and finds that the time spent was reasonably necessary and that the hourly rates reasonably relate to the prevailing rates in Denver, Colorado. *See Robinson v. City of Edmond*, 160 F.3d 1275, 1281 (10th Cir. 1998). Accordingly, it is

    **ORDERED** that the portion of plaintiff's Motion for Entry of Default Judgment [Docket No. 39] that requests attorney's fees is **GRANTED**. It is further

**ORDERED** that Troy Worden shall pay to plaintiff attorney's fees in the amount of $7,480.

DATED April 20, 2021.